In the Matter of the Claim of GREGORY W. COLLINS, Claimant, v DUKES PLUMBING AND SEWER SERVICE, INC., Appellant, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 31, 2011; decided February 10, 2011

Motion by New York State AFL/CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.